FRANCES CLEO DIAZ, Appellant, v. VALU–MART, INC., Respondent.

No. 6818

October 11, 1972                          501 P.2d 650

*A. D. Demetras,* of Reno, for Appellant.

*Erickson & Thorpe,* of Reno, for Respondent.

## OPINION

*Per Curiam:*

The record on appeal fails to disclose that the district court abused its discretion in setting aside the default judgment entered in this action. Accordingly, we affirm.